FARMERS' ELEVATOR & IMPLEMENT CO., Appellant, v. HOBERG et al, Respondents.

(192 N. W. 179.)

(File No. 5320. Opinion filed February 20, 1923.)

**Appeal and Error—Briefs—Failure to File Anything More Than Notice of Appeal With Undertaking Held Abandonment of Appeal.**
Where, after notice of appeal with an undertaking, appellant fails to file any brief, stipulations, or other papers, the appeal will be deemed abandoned.

Appeal from Circuit Court, McPherson County; Hon. J. H. BOTTUM, Judge.

Action by the Farmers' Elevator & Implement Company against John A. Hoberg and another. Judgment for defendants, and plaintiff appeals. Affirmed.

*W. S. Lauder,* of Wahpeton, N. D., and *E. C. Sigler,* of Le-ola, for Appellant.

*Franz Schubeck,* of Ashley, N. D., and *C. S. Acker,* of Leola, for Respondents.

PER CURIAM. On March 4, 1922, notice of appeal was filed in this court in the above-entitled action, together with an undertaking on appeal. Since that time no briefs, stipulations, or other papers have been filed by appellant. Appellant being in default, the appeal will be deemed abandoned, and the judgment and order appealed from will be affirmed.

Note—Reported in 192 N. W. 179. See American Key-Numbered Digest, Appeal and Error, Key-No. 805, 4 C. J. Secs. 2437-2439.